In re: Leslie Wright, Jr. applying for writs of certiorari and mandamus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

233 So.2d 565

**Garrett Frank VOGT**

v.

**Alton WHEAT and the Circle Drilling Company, Inc.**

No. 50496.

April 20, 1970.

In re: Garrett Frank Vogt applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 232 So.2d 526.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

233 So.2d 565

**Jessie WARNER, Barnes Watson, I. B. Gunter, Joe Phillips and John Philley**

v.

**Thompson L. CLARKE et al.**

No. 50479.

April 20, 1970.

In re: Jessie Warner, et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of East Carroll. 232 So.2d 99.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

233 So.2d 565

**PARISH OF EAST BATON ROUGE**

v.

**Mrs. Nell Parker STIPE et al.**

No. 50503.

April 20, 1970.

In re: Mrs. Nell P. Stipe, et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 231 So.2d 665.

Writ refused. There is no error of law in the judgment of the Court of Appeal.